

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Marquee Anthony Aboso,

* From the 42nd District Court
   of Taylor County,
   Trial Court No. 28478A.

Vs. No. 11-24-00090-CR

* September 19, 2024

The State of Texas,

* Memorandum Opinion by Trotter, J.
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.